UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
REBECCA CASTILLO, an individual,            Case No. 18-cv-04345 (AT)

                Plaintiff,

      - against -                                    **NOTICE OF APPEARANCE**

ALPARGATAS USA, INC., d/b/a HAVAIANAS,
a Delaware corporation,

                Defendant.
-----------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that Peter T. Shapiro of Lewis Brisbois Bisgaard & Smith LLP hereby appears in the above-captioned action as counsel for defendant ALPARGATAS USA, INC. and respectfully requests that all communications in this matter be directed to his attention at the address set forth below.

Dated:  New York, New York
          June 8, 2018

                                LEWIS BRISBOIS BISGAARD & SMITH LLP

                        By:    /s/ Peter T. Shapiro
                                Peter T. Shapiro
                                *Attorneys for Defendant*
                                77 Water Street, Suite 2100
                                New York, New York 10005
                                (212) 232-1300

TO:    Javier Merino, Esq.
        1 Meadowlands Plaza, Suite 200
        East Rutherford, NJ 07073
        (216) 373-0539
        *Attorneys for Plaintiff*

4851-1782-8200.1

## **CERTIFICATE OF SERVICE**

Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on June 8, 2018 he caused his Notice of Appearance to be filed and served by ECF.

                                              /s/ Peter T. Shapiro
                                                Peter T. Shapiro