```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Rebecca Castillo, an individual,

                           Plaintiff,

      -against-

Alpargatas USA, Inc., d/b/a, Havaianas, a Delaware
Corporation,

                          Defendant.
------------------------------------------------------------X

Case No. 18-cv-04345 (AT)

STIPULATION AND ORDER
EXTENDING TIME TO ANSWR

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto that Defendant shall have up to and including July 20, 2018 to move, answer or otherwise respond to the Complaint.

Dated: New York, New York
         June 8, 2018

DannLaw

By: _____
    Javier Merino, Esq.
    1 Meadowlands Plaza, Suite 200
    East Rutherford, NJ 07073
    (216) 373-0539
    jmerino@dannlaw.com
    *Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
    Rebecca Goldstein, Esq.
    77 Water Street, Suite 2100
    New York, New York 10005
    (212) 232-1300
    Rebecca.Goldstein@lewisbrisbois.com
    *Attorneys for Defendant*

SO ORDERED.

Dated: July 2, 2018
        New York, New York

_____
ANALISA TORRES
United States District Judge

4830-3128-5864.1