

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2018
```

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

July 9, 2018

File No. 37986.1756

GRANTED.  The initial pretrial conference scheduled for July 16, 2018 is ADJOURNED to **July 23, 2018**, at **1:00 p.m.**  The parties shall submit their joint letter and case management plan by **July 16, 2018**.

SO ORDERED.

Dated: July 9, 2018
       New York, New York

ANALISA TORRES
United States District Judge

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Castillo v. Alpargatas USA, Inc.*
     Case No. 18-cv-4345 (AT)

Dear Judge Torres:

I represent defendant Alpargatas USA, Inc. in the above-captioned case.  I write with the consent of Plaintiff's counsel to request that the Court adjourn the initial planning conference scheduled for July 16, 2018 at 11:40 AM as well as the July 9 due date for the joint letter and proposed case management order.  The parties have been engaged in settlement discussions and appear to be close to reaching an agreement.  We will promptly advise the Court as to the progress of our discussions.

Thank you for your attention to this matter.

Respectfully,

*/s/ Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS:rg

cc:  Counsel of Record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA

4850-1589-0285.1