

Javier L. Merino*
Direct Dial: 201-355-3440
Facsimile: 216-373-0536
Email: JMerino@DannLaw.com

July 11, 2018

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Sent via ECF and E-mail (Torres_NYSDChambers@nysd.uscourts.gov)

**Re**:   *Rebecca Castillo v. Alpargatas USA, Inc.*
        Docket No. 1:18-cv-4345
        Notice of Settlement in Principle

Dear Judge Torres:

On Behalf of the Plaintiff, Rebecca Castillo, and Defendant, Alpargatas, (together as the "parties") we write to inform the Court that the parties have reached a settlement in principle in the above-referenced matter.

Accordingly, the parties respectfully request that the Court enter an order (1) conditionally dismissing the matter without costs; (2) providing that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order; (3) providing that, within thirty (30) days of the date of this Order, Plaintiff may make an application to restore the matter in the event that settlement is not consummated; and (4) directing the Clerk of the Court to terminate all remaining dates.

We thank the Court for consideration of this request.

Respectfully,

Javier L. Merino, Esq.
cc: Rebecca Ann Goldstein (Counsel for Defendant) – Via ECF and E-mail (rebecca.goldstein@lewisbrisbois.com)

___

DannLaw
1 Meadowlands Plaza, Suite 200
East Rutherford, New Jersey 07071         *Licensed in NJ and NY

DannLaw.com
[877] 475-8100